AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Eric Paul Jones<br><br>*Defendant(s)* | ) ) ) ) ) ) ) )   Case No.   8:21-mj-1395 AEP |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April, 2021__ in the county of __Pasco__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(a) | Production of Child Pornography |
| 18 U.S.C. § 2252(a)(2) | Distribution of Child Pornography |
| 18 U.S.C. § 2252(a)(4)(b) | Possession of Child Pornography |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

FBI Special Agent Michael Goodhue
Printed name and title

Sworn to before me and signed in my presence.

Date: 4/22/21

_____
Judge's signature

City and state:   Tampa, Florida           Hon. Anthony E. Porcelli, U.S. Magistrate Judge
Printed name and title

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Michael R. Goodhue, being sworn to tell the truth, state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed since September 2008. I am presently assigned to the Tampa Division's Child Exploitation and Human Trafficking Task Force. In this capacity, I am responsible for conducting criminal investigations of statutes contained in Title 18 of the United States Code, including crimes related to child sex trafficking, child pornography and the sexual exploitation of children, among other violations of federal law.

2. From March 2009 to the present, I have worked crimes against children violations in various capacities in the Philadelphia Division, FBI Headquarters Violent Crimes Against Children Unit, and the Miami Division. I have participated in investigations of persons suspected of violating federal child pornography and child sex trafficking laws, including 18 U.S.C.§§ 2251, 2252, 2422, and 1591. These investigations have included the use of surveillance techniques, the interviewing of subjects and witnesses, and the planning and execution of arrest, search, and seizure warrants. In the course of these investigations, I have reviewed images and videos containing child pornography and images depicting minor children engaged in sexually explicit conduct on various forms of electronic media including computers, digital cameras, and wireless telephones, and have discussed and reviewed these materials with other law enforcement officers. I have also received and provided training on crimes against children matters at various conferences and venues.

1

3. This affidavit is submitted in support of an application for a criminal complaint and arrest warrant for Eric Paul Jones ("**JONES**"). This affidavit sets forth facts sufficient to establish probable cause to believe that **JONES** has committed the violations of 18 U.S.C. §§ 2251 (production of child pornography), 2252(a)(2) (distribution of child pornography), and 2252(a)(4)(b) (possession of child pornography).

4. The facts contained in this affidavit are drawn from personal knowledge based on my participation in this investigation, information from other criminal investigators, information from law-enforcement officers, information from agency reports, and the review of documents provided to me by witnesses and by law-enforcement officers. Because this affidavit is being submitted for the limited purpose of seeking authorization to arrest **JONES**, I have not set forth each and every fact learned during the course of this investigation.

## PROBABLE CAUSE

5. On or about April 19, 2021, an FBI Washington Field Office ("FBI-WFO") task force officer, acting in an undercover (UC) capacity, UC entered a private Kik group that he was previously a member and served as one of the group's administrator. This group is known to the UC as a place where people meet, discuss and trade original images of underage children, links containing child pornography, and videos, among other things. The UC has been a member of the group for several months. Based on the UC's experience using Kik and participation in the specific

group, the UC knows that upon entering the group, a banner appears outlining the rules of the group, including verifying with an administrator. The group rules are:

    a. "Age, sex, location, and children's ages upon entry;"
    b. "Must have a child or a stepchild to be a part of the group;"
    c. "This is a group for open minded parents / if you're not sure what that means you are probably in the wrong group;"
    d. "Ask before you PM[1] anyone & be respectful (any issues report to the owner or an admin);" and
    e. "Lastly you will need to verify with the Owner or an admin (sit tight and someone will contact you soon and let you know how to verify)."

    6.    On or about April 19, 2021, at approximately 2:30 p.m. EST, the UC observed a Kik user utilizing the screen name "Skylife78." On that same date, Kik user Skylife78 sent the UC a private message stating he was the father of a 10-year-old girl. During the chat, Skylife78 disclosed that he had engaged in sexual activity with his daughter. Specifically, Skylife78 stated that he had "Done a little of everything with her. Always sleeping or [he has] given her stuff to help her sleep." Kik user Skylife78 informed the UC that he was currently at work and his daughter was at home and in online school.

    7.    The UC asked Skylife78 to verify that he was a real dad. Kik user Skylife78 sent the UC an image purporting to be himself with his daughter. The image depicts a clothed prepubescent female child, approximately 8 to 10 years old, holding hands with an adult male (clothed) inside of what appears to be a kitchen with a white refrigerator in the background. The UC asked Skylife78 to send him a live camera

---

[1] Based on my training and experience, I know that "PM" means personal message, which is a direct message to another user.

image of himself holding up three fingers. Kik user Skylife78 complied with the request and sent a picture of himself wearing a backwards baseball cap in which his face is clearly visible. That image appears to be the same person that is depicted in the photo with the child.

8. The UC informed Skylife78 that he was the father of a purported 8-year-old girl. The UC sent Skylife78 two confirmation images depicting his purported daughter. During the chat, Kik user Skylife78 sent additional videos and images of his purported daughter. Kik user Skylife78 further stated he was obtaining some of those images from a separate external hard drive. The following are descriptions of some of those images:

   a. An image of a male hand pulling a young female child's underwear to the side exposing her bare vagina. This photo appeared to be taken using a cellphone or other mobile device to capture the original image that was being displayed on a computer screen, tablet, or computer with a Microsoft Windows operating system.

   b. A video, approximately 8 seconds in length, depicting what appears to be a female child, wearing underwear, laying down on a bed with white with multicolored ice cream patterned bedsheets. The camera is placed under the sheets and is focused on the child's vaginal area (clothed).

   c. An image of an adult male placing his erect penis on the foot of the child described in the video above. The same white with multicolored ice cream patterned bedsheets are visible in the image.

9. During the chat, the UC asked Kik user Skylife78, "U home." Kik user Skylife78 responded "yes" and sent a live camera picture of the white with multicolored ice cream patterned bedsheets.

4

10. Kik user Skylife78 also sent the UC three videos depicting children being sexually abused during the chat. None of the videos appear to have been produced by Kik user Skylife78. The videos are described as follows:

   a. A video approximately 1 minute 8 seconds in length depicting an adult female performing oral sex on a prepubescent female child, approximately 6 to 10 years old.

   b. A video approximately 41 seconds in length depicting a child performing oral sex on a toddler.

   c. A video one minute 34 seconds in length depicting an adult female penetrating a prepubescent, approximately 6 to 10 years old.

11. The FBI served an exigent subpoena request to Kik on or about April 20, 2021 for subscriber information associated with username "Skylife78." Kik provided the following information:

| | |
|---|---|
| First Name: | Ethan |
| Last Name: | --- |
| Email: | coptermech78@yahoo.net (unconfirmed) |
| Device Type: | Android |
| Brand: | Samsung |
| Model: | SM-970U |

It should be noted the email address coptermech78@yahoo.net could reference a position as a helicopter mechanic, the number 78 is the same year **JONES** was born (1978), and Kik username "Skylife" could be connected to his position with Skyway Aviation Services, Inc referenced above in paragraph 33. According to the records, the Samsung device, also known as a Samsung Galaxy Note10, last accessed Kik on or about April 21, 2021. Kik also provided IP login information from March 22, 2021 to

5

April 21, 2021, that indicated Kik was accessed by Skylife78 approximately 1,469 times, to include 537 logins from a mobile network. Specifically, on April 21, 2021, at 15:52:20 UTC an IP Address of 172.56.5.32 was utilized to access Kik. An open source domain search database indicates this is registered to a T-Mobile USA, Inc., 12920 SE 38th Street, Bellevue, Washington.

12. Law enforcement officials identified **JONES** as the suspected user of the Skylife78 Kik account. A review of the Florida Driver and Vehicle Information Database revealed that **JONES** lived at a residence in New Port Richey, Florida, with her his wife and four minor children. I compared the photo associated with **JONES'** driver's license record and it appeared to be the same individual depicted in the photos Kik user Skylife78 sent to the UC.

13. On or about April 22, 2021, the Honorable Christopher P. Tuite authorized a search warrant for **JONES'** residence, his person, and his cellphone. On that same date, members of the FBI Tampa Child Exploitation and Human Trafficking Task Force and I approached **JONES** at his place of employment located in Palm Harbor, Pinellas County, Florida, and advised **JONES** of his *Miranda* rights.

14. Post-*Miranda*, **JONES** acknowledged that he had used Kik and his username was "Skylife78." **JONES** also provided consent for agents to search his Samsung Galaxy Note10, model SM-N970U cellphone. In reviewing JONES' cellphone, agents discovered recent Kik communications with the same FBI-WFO UC that **JONES** had been communicating with on the previous days.

15. **JONES** was shown the image described above in paragraph 8(c). **JONES** admitted that the photograph depicted his penis touching the minor victim's foot. **JONES** stated that he took the photo in minor victim's room while the child was sleeping.

16. During the course of the interview, agents showed **JONES** several images and videos that he sent to the UC via Kik. Specifically, **JONES** admitted to producing the following child pornographic video:

> A video approximately seven seconds in length that depicts an adult male penis rubbing against a prepubescent vagina. The child is laying on a white bedsheet with unique, multicolored rounded square patterns.

**JONES** identified his penis in the video and the minor victim's vagina. **JONES** stated he had made the video a few years prior, using his cellphone, when the minor child was approximately 7 years old while she was sleeping in her bedroom at their residence in New Port Richey. During the interview, **JONES** accessed his Samsung Galaxy Note10 cellphone and opened a secure folder that required his fingerprint. I then located the same video described above that was saved within the secure folder on the device.

17. On or about April 22, 2022, FBI agents simultaneously executed a search warrant at **JONES**' residence. The agents located and recovered the same style bedsheets from both images and videos described above.

18. A forensic preview of **JONES'** Samsung cellphone revealed over 100 multiple images and videos of prepubescent children engaged in sexually explicit

7

conduct, some of which included infants and toddlers subjected to sadomasochistic conduct.

## CONCLUSION

19. Based on the foregoing, there is probable cause to believe that **JONES** committed violations of 18 U.S.C. §§ 2251 (production of child pornography), 2252(a)(2) (distribution of child pornography), and 2252(a)(4)(b) (possession of child pornography), and I respectfully request this Court issue an arrest warrant for **JONES**.

_____
Michael R. Goodhue, Special Agent
Federal Bureau of Investigation

Sworn to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 and 41(d)(3) via telephone this ____ day of April, 2021.

_____
HONORABLE ANTHONY E. PORCELLI
United States Magistrate Judge

8